MARGARET B. MILKES v. CITY OF ST. PAUL.[1]

February 4, 1938.

No. 31,500.

*John W. McConneloug* and *Hilary J. Flynn,* for appellant.
*Oscar Hallam* and *Herbert E. Wolner,* for respondent.

PER CURIAM.

This is a companion case to McSherry v. City of St. Paul, 202 Minn. 102, 277 N. W. 541, and is governed thereby. For the reasons stated in that case, the order is affirmed.

Affirmed.

[1]Reported in 277 N. W. 546.